# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>v.<br><br>TYLER CHRISTIAN HAMMOND,<br><br>Appellant. | Appeal No. 23-2623<br><br><br>**MOTION FOR DISMISSAL OF DOCKETED APPEAL** |

Tyler Christian Hammond, through counsel, hereby voluntarily dismisses his appeal docketed in this Court as Appeal No. 23-2623. Attached as Exhibit 1 is a consent form signed by Tyler Christian Hammond in accordance with the requirements of Fed. R. App. P. 42(b) and Eighth Circuit Rule 42A.

                                                  Respectfully submitted,

                                                  */s/ Heather Quick*
                                                  Heather Quick, First Asst. Federal Defender
                                                  Appellate Chief
                                                  Federal Public Defender's Office
                                                  222 Third Avenue SE, Suite 290
                                                  Cedar Rapids, IA 52401
                                                  PHONE: (319) 363-9540
                                                  FAX: (319) 363-9542

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27 because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 77 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word version 2310 Build 16.0.16924.20054 in 14 font Times New Roman.

Dated: 1-8-2024                         */s/ Heather Quick*
                                        ATTORNEY FOR APPELLANT

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        */s/ Melissa Dullea*, Paralegal