Appellate Case: 23-2623　　Page: 1　　Date Filed: 01/08/2024 Entry ID: 5351212

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>v.<br><br>Tyler Christian Hammond,<br><br>Appellant. | Appeal No. 23-2623<br><br>**CONSENT TO VOLUNTARY DISMISSAL OF DOCKETED APPEAL** |

I, Tyler Christian Hammond, after consultation with my attorney, the Federal Public Defender of Iowa, hereby voluntarily dismiss my appeal in UNITED STATES v. TYLER CHRISTIAN HAMMOND, currently docketed as Appeal No. 23-2623 in the United States Court of Appeals for the Eighth Circuit.

Dated this _13_ day of _November_, 2023.

_____
Tyler Christian Hammond

**DEFENDANT'S EXHIBIT 1 — 23-2623**